Arnesh Yadav
514 Devon State Rd.
Devon, PA 19333

Ashok Yadav
514 Devon State Rd.
Devon, PA 19333

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Children's Hospital of
Philadelphia
Attn: Bankruptcy
3401 Civic Center Blvd
Philadelphia, PA 19104-4319

Citi Card / Best Buy
Attn: Citicorp Cr Srvs Centralized
Bankruptcy
PO Box 790040
St Louis, MO 36179-0040

Comcast
Attn: Bankruptcy
1701 John F Kennedy Blvd
Philadelphia, PA 19103-2838

DoorDash, Inc.
303 2nd St Suite 800 Suite 800
Mullan, ID 83846

Goldman Sachs Bank USA
Attn: Bankruptcy
P.O. Box 70379
Philadelphia, PA 19176

Grubhub
222 Merchandise Mart Plz Ste 800
Chicago, IL 60654-1133

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
Mail CodeMail Code LA2-7100
1414 Woodward Avenue
Ruston, LA 71270

JPMorgan Chase Bank, N.A.
Mail Code LA2-7100
1414 Woodward Avenue
Ruston, LA 71270

Julius Silvert
231 E Luzerne St
Philadelphia, PA 11924

Lynks Capital
1895 Tyler St
Hollywood, FL 33020-4619

Mercy Hospital Oklahoma City
Attn: Billing; Bankruptcy
4300 W Memorial Rd
Oklahoma City, OK 73120-8304

New Jersey Turnpike
Authority
Attn: Ramon de la Cruz
P.O. Box 5042
Woodbridge, NJ 07095

Orkin
2170 Piedmont Rd NE
Atlanta, GA 30324

PECO Energy Company
Attn: Bankruptcy
2301 Market St
Philadelphia, PA 19103-1338

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Turnpike Commission
300 East Park Drive
Harrisburg, PA 17111

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Seated
217 W 18th St Box 1209
New York, NY 10113

Soverein Property Management
102 Larch Cir Ste 301
Wilmington, DE 19804-2371

Sysco
Po Box 6499
Philadelphia, PA 19145-0199

TD Bank
Attn: Bankruptcy
1701 Route 70 East
Cherry Hill, NJ 08003

Termac Corporation
7330 Tulip St
Philadelphia, PA 19136-4216

Toast Merchant Capital
333 Summer St
Boston, MA 02210-1702

Toyota Financial Services
Attn: Bankruptcy
PO Box 259001
Plano, TX 75025-9001

Verizon Wireless
Attn: Bankruptcy Administration
500 Technology Dr Ste 550
Saint Charles, MO 63304-2225

You Lend US, LLC
1175 Peachtree St Ne Fl 10 #124 #124
Atlanta, GA 30361-3528