**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Gagandeep Singh,<br><br>Debtor. | Case No. 26-13752-PMM<br>Chapter 7 |

**Certificate of Service**

I, Michael A. Cibik, certify that on October 12, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Chapter 7 Bankruptcy

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 12, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - First Class Mail:**

**Comcast**
Attn: Bankruptcy
1701 John F Kennedy Blvd
Philadelphia, PA 19103-2838

**DoorDash, Inc**
303 2nd St STE 800
Mullan, ID 83846

**JPMorgan Chase Bank, N.A.**
Mail CodeMail Code LA2-7100
1414 Woodward Avenue
Ruston, LA 71270

**JPMorgan Chase Bank, N.A.**
Mail Code LA2-7100
1414 Woodward Avenue
Ruston, LA 71270

**Julius Silvert**
231 E Luzerne St
Philadelphia, PA 11924

**Lynks Capital**
1895 Tyler St
Hollywood, FL 33020-4619

**Orkin**
2170 Piedmont Rd NE
Atlanta, GA 30324

**PECO Energy Company**
Attn: Bankruptcy
2301 Market St
Philadelphia, PA 19103-1338

**Seated**
217 W 18th St Box 1209
New York, NY 10113

**Sysco**
Po Box 6499
Philadelphia, PA 19145-0199

**TD Bank**
Attn: Bankruptcy
1701 Route 70 East
Cherry Hill, NJ 08003

**Termac Corporation**
7330 Tulip St
Philadelphia, PA 19136-4216

**You Lend Us, LLC**
1175 Peachtree St Ne Fl 10 #124
Atlanta, GA 30361-3528